IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

WHITLEY OUSLEY,
ADC #713051                                                      PLAINTIFF

v.                              No. 1:16-cv-59-DPM-JTK

DONNA JARRETT, Corporal,
McPherson Unit; CHRIS JOHNSON,
Major, McPherson Unit; STATE OF
ARKANSAS; and DOES, McPherson
Unit Correctional Officers                                      DEFENDANTS

ORDER

Unopposed partial recommendation, № 4, adopted as supplemented.

FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes).  Ousley

doesn't seek injunctive relief against the state.  Arkansas is dismissed without

prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_29 June 2016_