# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

WHITLEY OUSLEY,
ADC #713051                                                              PLAINTIFF

v.                           No. 1:16-cv-59-DPM-JTK

DONNA JARRETT, Corporal,
McPherson Unit; CHRIS JOHNSON,
Major, McPherson Unit; and DOES,
McPherson Unit Correctional Officers                                     DEFENDANTS

## ORDER

Unopposed partial recommendation, № 18, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Ousley's motion, № 9, denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

18 July 2016