IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

WHITLEY OUSLEY
ADC #713051                                                               PLAINTIFF

v.                          No. 1:16-cv-59-DPM

DONNA JARRETT, Corporal, McPherson Unit;
CHRIS JOHNSON, Major, McPherson Unit; and
DOES, McPherson Unit Correctional Officers                                DEFENDANTS

ORDER

Unopposed recommendation, № 22, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion for summary judgment, № 12, granted. Ousley's claims against Jarrett, Johnson, and the Doe Defendants will be dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 July 2016