IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

WHITLEY OUSLEY
ADC #713051                                                                           PLAINTIFF

v.                                 No. 1:16-cv-59-DPM

DONNA JARRETT, Corporal, McPherson Unit;
CHRIS JOHNSON, Major, McPherson Unit;
STATE OF ARKANSAS; and DOES, McPherson
Unit Correctional Officers                                                          DEFENDANTS

## JUDGMENT

Ousley's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 July 2016